**Opinion issued May 2, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00252-CR**

———————————

**IN RE JOSEPH THOMAS ROBERTS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

On January 25, 2024, the Court denied a petition for a writ of mandamus filed by relator, Joseph Thomas Roberts, because relator failed to comply with the Texas Rules of Appellate Procedure.[1]  In his petition, relator asserted that he "ha[d] been

---

[1]  *See In re Roberts*, No. 01-23-00970-CR, 2024 WL 269534, at *1 (Tex. App.—Houston [1st Dist.] Jan. 24, 2024, orig. proceeding) (mem. op., not designated for publication).

detained beyond the statutory minimum sentencing guidelines" in violation of the "fast and speedy trial" rules.[2]

On April 1, 2024, relator, incarcerated and acting pro se, filed the instant petition for writ of mandamus, seeking "emergency" relief on the same grounds.[3] Relator requested that the Court "waive" the compliance requirement of the Texas Rules of Appellate Procedure because he is a "layman at legal litigation and law," without access to the courts or the law library. But "[t]hat relator is an inmate acting pro se does not relieve him from the duty to comply with the rules of procedure." *In re Foster*, 503 S.W.3d 606, 607 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding). "Pro se litigants must comply with the applicable procedural rules, and we hold them to the same standards that apply to licensed attorneys." *Williams v. Bayview–Realty Assocs.*, 420 S.W.3d 358, 362 n.2 (Tex. App.—Houston [14th Dist.] 2014, no pet.); *see also Holz v. United States of Am. Corp.*, No. 05-13-01241-CV, 2014 WL 6555024, at *1–2 (Tex. App.—Dallas Oct. 23, 2014, no pet.) (mem. op.) (pro se litigant must adhere to Texas Rules of Appellate Procedure).

---

[2] *See id.* (internal quotations omitted).

[3] The underlying case is *The State of Texas v. Joseph Thomas Roberts*, Cause No. 23-CR-3584, in the 405th District Court of Galveston County, Texas, the Honorable Jared S. Robinson presiding.

We deny the petition. *See* TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

Do not publish. TEX. R. APP. P. 47.2(b).